Nathan A. Oyster (SBN 225307)
E-mail: noyster@bwslaw.com
Caylin W. Jones (SBN 327829)
E-mail: cjones@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600    Fax: 213.236.2700

Attorneys for Defendants
CITY OF RIALTO, CHIEF MARK KLING, and
OFFICER ZAMORA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| "S.A.J.," a Minor by and through Guardian ad Litem LAWRENCE TODD,<br><br>                    Plaintiff,<br><br>v.<br><br>RIALTO POLICE OFFICER IVAN DELGADILLO, OFFICER ZAMORA, CITY OF RIALTO, & CHIEF MARK KLING, & COUNTY OF SAN BERNARDINO individually and in their official capacities and Does 1-10, inclusive,<br><br>                    Defendants. | Case No. 5:22-cv-00767-SSS (SHKx)<br><br>**STIPULATION TO VACATE THE SCHEDULING CONFERENCE DUE TO SETTLEMENT**<br><br>Judge:    Hon. Sunshine Suzanne Sykes<br><br>Magistrate<br>Judge:    Hon. Shashi H. Kewalramani |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF**

**RECORD:**

Plaintiff S.A.J., by and through her Guardian ad Litem LAWRENCE TODD,

Defendants CITY OF RIALTO, CHIEF MARK KLING, and ANTHONY

ZAMORA, and Defendant IVAN DELGADILLO, (collectively, hereinafter

referred to as "the Parties"[1]) through their respective attorneys of record, hereby

---

[1] In a separate Order, the Court dismissed all claims against Defendant COUNTY OF SAN BERNARDINO.

BURKE, WILLIAMS & SORENSEN, LLP ATTORNEYS AT LAW LOS ANGELES

LA #4875-8134-2271 v2
08047-1000.007

- 1 -

5:22-CV-00767-SSS (SHKx)
STIPULATION TO VACATE THE
SCHEDULING CONFERENCE

stipulate to the following:

1.    On November 18, 2022 the Parties reached an agreement to settle this case in its entirety.

2.    The Parties anticipate the remaining steps necessary to complete the settlement will be completed within the next 30 days.  Once the Parties have finalized and executed the written Settlement Agreement, Plaintiff, by and through her Guardian ad Litem and counsel of record, will seek Court approval of the settlement.

3.    The Plaintiff expects to have the Minor's Compromise seeking approval of the settlement filed in the next 10 days.  Once approved by the Court, Defendants require an additional 15 days to fully execute and fund the settlement. The parties aim to have this process complete within the next 60 days.

4.    The Scheduling Conference in this matter is currently set for December 16, 2022 at 1:00 p.m. (Dkt. 27).  Because of the pending settlement, the Parties request the Court vacate the Scheduling Conference and all related dates.

///
///
///
///
///
///
///
///
///
///
///
///

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4875-8134-2271 v2
08047-1000.007

- 2 -

5:22-CV-00767-SSS (SHKx)
STIPULATION TO VACATE THE
SCHEDULING CONFERENCE

Dated:  November 21, 2022                    BURKE, WILLIAMS & SORENSEN, LLP


By:/s/ *Nathan A. Oyster*
       Nathan A. Oyster
       Caylin W. Jones

Attorneys for Defendants
CITY OF RIALTO, CHIEF MARK KLING, and OFFICER ZAMORA


Dated:  November 22, 2022                    LAW OFFICES OF CAREE HARPER


By:  */s/ Caree Harper*
       Caree Harper
Attorney for Plaintiff,
S.A.J. BY AND THROUGH HER GUARDIAN AD LITEM LAWRENCE TODD

Dated:  November 22, 2022                    ATKINSON, ANDELSON, LOYA, RUUD & ROMO APLC


By:  */s/ Angela M. Powell*
       Angela M. Powell
       Sarah J. Martoccia
Attorneys for Defendant
OFFICER IVAN DELGADILLO


    In compliance with Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


Dated: November 22, 2022                    By:  */s/ Nathan A. Oyster*

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4875-8134-2271 v2
08047-1000.007

- 3 -

5:22-CV-00767-SSS (SHKx)
STIPULATION TO VACATE THE SCHEDULING CONFERENCE