# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| "S.A.J," a Minor by and through Guardian ad Litem LAWRENCE TODD,<br><br>             Plaintiff,<br><br>v.<br><br>RIALTO POLICE OFFICER IVAN DELGADILLO, OFFICER ZAMORA, CITY OF RIALTO, & CHIEF MARK KLING, & COUNTY OF SAN BERNARDINO individually and in their official capacities and Does 1-10, inclusive,<br><br>             Defendants. | Case No. 5:22-cv-00767-SSS (SHKx)<br><br>**ORDER ON STIPULATION TO VACATE THE SCHEDULING CONFERENCE PENDING SETTLEMENT**<br><br>**NOTE CHANGES MADE BY COURT**<br><br>Judge:    Hon. Sunshine Suzanne Sykes<br><br>Magistrate<br>Judge:    Hon. Shashi H. Kewalramani |

Pursuant to the parties' stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED that the Scheduling Conference set for December 16, 2022 at 1:00 p.m. (Dkt. 27) is vacated due to the parties' settlement.

The Court further sets an Order to Show Cause Hearing regarding dismissal pursuant to the settlement on March 3, 2023, at 1:00 p.m.

**IT IS SO ORDERED.**

DATED: November 29, 2022

HON. SUNSHINE SUZANNE SYKES
U.S. DISTRICT JUDGE

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4891-5879-3791 v1
08047-1000.007

- 2 -

5:22-CV-00767-SP
ORDER ON STIPULATION TO VACATE THE
SCHEDULING CONFERENCE