# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

S.A.J. by and through Guardian *ad litem* LAURENCE TODD,

               Plaintiff,

vs.

RIALTO POLICE OFFICER IVAN DELGADILLO *et. al.*,

               Defendants.

**CASE NO**. 5:22:-CV-00767-SSS-SHKx

Assigned to Honorable Judge Sunshine Suzanne Sykes

**ORDER RE: PLAINTIFF SAJ's *EX PARTE* APPLICATION FOR AN ORDER TO APPROVE THE MINOR'S COMPROMISE**

NO HEARING REQUIRED

This Court, having considered Plaintiff SAJ unopposed *Ex Parte* Application for a Court Order Approving the Structured Settlement Annuity for Plaintiff SAJ's and

GOOD CAUSE appearing therefore, this Honorable Court hereby GRANTS the Application and makes the following orders:

1

**ORDER RE: COURT APPROVAL OF MINORS' COMPROMISE**

The total settlement amount shall be $1,500,000.00, as set forth below.

a.    Minor S.A.J. shall receive $1,000,000.00 of the settlement proceeds.  A payment of $200,000.00 shall be made to Plaintiff S.A.J. when she reaches the age of eighteen (18), as set forth in paragraph 2 of this Order.  A payment of $800,000.00 shall be used to purchase an annuity for the benefit of Plaintiff S.A.J., as set forth in paragraphs 3-4 of this Order.

b.    Plaintiff's counsel shall receive $500,000.00 of the settlement proceeds.  A payment of $400,000.00 shall be made to Plaintiff's counsel, as set forth in paragraph 5 of this Order.  A payment of $100,000.00 shall be used to purchase an annuity for the benefit of Plaintiff's counsel, as set forth in paragraph 6 of this Order.

2.    Defendant City of Rialto will disperse a lump sum payment in the amount of $200,000.00 directly to the minor when the minor reaches the age of eighteen (18) on 4/16/2023.  This settlement check shall be delivered to Plaintiff's counsel by April 30, 2023;

3.    The minor will be an adult in four (4) months, nonetheless, this Court approves the Guardian *ad Litem* and plaintiff's counsel's request for a structured settlement annuity to ensure the minor's long lastly wealth and to give her time to get acclimated to said wealth.  Accordingly, on or before December 30, 2022, Defendant City of Rialto, through counsel, shall prepare and deliver a draft in the amount of $800,000.00 for annuity payments for the benefit of the minor. Defendant City of Rialto will purchase a structured annuity policy for minor Plaintiff SAJ from MetLife Assignment Company, Inc. (hereinafter referred to as "SAJ Assignee") by tendering a check totaling $800,000.00 to payable MetLife Assignment Company.  SAJ Assignee will provide periodic payments to be made by Metropolitan Tower Life Insurance Company, rated A+ Superior by A.M. Best Company rating service and AA- Very Strong rated by S&P ratings service as set forth in **"Exhibit A"** to the Declaration of Caree Harper and in the table below.

2

**ORDER RE: COURT APPROVAL OF MINORS' COMPROMISE**

This check shall be delivered to Ringler, 3080 Fair Oaks Blvd., Sacramento, CA 95864. The total amount that Plaintiff SAJ will receive after the final payment is made directly to her from the annuity is $1,138,844.00.

Annuity Carrier shall provide periodic payments in accordance with **"Exhibit A"** to the Declaration of Caree Harper and as set forth below:

a.) **$67, 860.00** for the minors monthly payments in the amount of $1,500.00 per month beginning **April 2023** according to the annuity structure (**EXH. A** attached herein) ;

b.) A lump sum payment at <u>age 21</u> in the amount of **$250,000.00** at a cost of: $220,550.00;

c.) A lump sum payment at <u>age 25</u> in the amount of **$340,000.00** at a cost of $245,095.80;

d.) A lump sum payment at <u>age 30</u> in the amount of **$476,844.70** at a cost of $266,494.20;

4.    The funding of the annuity for the minor shall be before December 30, 2022 as the quote expires on that date;

5.    Defendant City of Rialto will deliver a draft in the amount of $400,000.00 made payable to the "Law Offices of Caree Harper, Client Trust Account" between December 31, 2022  and January 9, 2023.

6.    Defendant City of Rialto will purchase a structured annuity for attorney Caree Harper in the amount of $100,000.00 from USAA Annuity Services Corporation (hereinafter "Harper Assignee"), which will provide periodic payments to be made by USAA Annuity Services Corporation (hereinafter "Harper Annuity Carrier"). Defendant City shall tender a check in the amount of $100,000.00 which shall be made payable to USAA Annuity Services Corporation to Ringler, 3080 Fair Oaks Blvd., Sacramento, CA 95864 to fund the assignment of further periodic payments. The purchase of this structured annuity will be used to satisfy the remaining portion of the attorney fees owed to Attorney Caree Harper

**ORDER RE: COURT APPROVAL OF MINORS' COMPROMISE**

and will be funded on or before December 30, 2022 as the quote expires on that date.

7. All sums and periodic payments set forth in paragraphs 2-4 constitute damages on account of personal physical injuries or physical illness, arising from an occurrence, within the meaning of Section 104(a)(2) of the Internal Revenue Code of 1986, as amended.

8. Defendant City of Rialto shall execute "Qualified Assignment and Release" documents, of its obligation to make periodic payments pursuant thereto in compliance with IRC 104(a)(2) and Section 130 of the Internal Revenue Code of 1986, as amended. Said assignments shall be made to MetLife Assignment Company, Inc. (SAJ Assignee) and USAA Annuity Services Corporation (Harper Assignee). The Assignees shall purchase structured settlement annuities through Metropolitan Tower Life Insurance Company (SAJ Carrier), rated A+ Superior by A.M. Best Company rating service and AA- Very Strong rated by S&P ratings service. The annuities will provide benefits as set forth in **"Exhibit A"** to the Declaration of Caree Harper;

9. Defendant City of Rialto and/or SAJ Assignee and / or Harper Assignee shall have the right to fund its liability to make periodic payments by purchasing a "qualified funding asset," within the meaning of Section 130(d) of the Code, in the form of an annuity policy from the SAJ Carriers and Harper Annuity Carrier, respectively.

10. SAJ Assignee and Harper Assignee shall be the owner of the annuity policy or policies, and shall have all rights of ownership.

11. SAJ Assignee will have the SAJ Carrier mail payments directly to the minor. Harper Assignee will have the Harper Annuity Carrier mail payments directly to Plaintiff's counsel.

///

///

**ORDER RE: COURT APPROVAL OF MINORS' COMPROMISE**

12. Plaintiff SAJ, as set forth above, shall be responsible for maintaining the currency of the proper mailing address and mortality information to SAJ Assignee.

**IT IS SO ORDERED.**

Dated: December 19, 2022

Hon. District Court Judge Sunshine S. Sykes

5

**ORDER RE: COURT APPROVAL OF MINORS' COMPROMISE**