Nathan A. Oyster (SBN 225307)
E-mail: noyster@bwslaw.com
Caylin W. Jones (SBN 327829)
E-mail: cjones@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600    Fax: 213.236.2700

Attorneys for Defendants
CITY OF RIALTO, CHIEF MARK KLING, and
OFFICER ZAMORA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| "S.A.J.," a Minor by and through Guardian ad Litem LAWRENCE TODD,<br><br>Plaintiff,<br><br>v.<br><br>RIALTO POLICE OFFICER IVAN DELGADILLO, OFFICER ZAMORA, CITY OF RIALTO, & CHIEF MARK KLING, & COUNTY OF SAN BERNARDINO individually and in their official capacities and Does 1-10, inclusive,<br><br>Defendants. | Case No. 5:22-cv-00767-SSS (SHKx)<br><br>**STIPULATION TO MODIFY MINOR'S COMPROMISE AND VACATE ORDER TO SHOW CAUSE HEARING**<br><br>Judge:    Hon. Sunshine Suzanne Sykes<br><br>Magistrate<br>Judge:    Hon. Shashi H. Kewalramani |

Plaintiff S.A.J., through her guardian ad litem LAURENCE TODD, (hereinafter "Plaintiff") and Defendants CITY OF RIALTO, CHIEF MARK KLING, OFFICER ZAMORA, and IVAN DELGADILLO (hereinafter "Defendants") by and through their counsel of record, hereby stipulate to the following:

1.     On December 19, 2022 the Court signed an Order approving the minor's compromise. (Doc 36). As a part of that order and the parties' settlement agreement, Defendant City of Rialto agreed to "disperse a lump sum payment in the

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4869-8210-3124 v1
08047-1000.007
3/3/23

- 1 -

5:22-CV-00767-SSS (SHK)
STIPULATION TO MODIFY MINOR'S
COMPROMISE AND VACATE OSC HEARING RE:
DISMISSAL

amount of $200,000.00 directly to the minor when the minor reaches the age of eighteen (18) on 4/16/2023." (Doc. 36, ¶ 2).

2.     For judicial efficiency, the parties now seek to modify paragraph two (2) of the minor's compromise to allow for Defendant City of Rialto to issue the final check of $200,000.00 made payable to "Law Offices of Caree Harper, Client Trust Account."  Ms. Harper agrees to hold the final $200,000.00 of the settlement in trust until minor Plaintiff S.A.J. turns eighteen years old, at which time Ms. Harper will provide the Plaintiff with the final $200,000.00 directly.

3.     Defendant City of Rialto will issue the final check for $200,000.00 payable to "Law Offices of Caree Harper, Client Trust Account" within five business days of receiving this Court's signed order approving this stipulation.

4.     Upon receiving the final check for $200,000.00 made payable to "Law Offices of Caree Harper, Client Trust Account, the Plaintiff will file a stipulation to dismiss this case with prejudice against all Defendants within two business days.

5.     This stipulation will allow the parties to complete the terms of the settlement and dismiss the case prior to the minor's eighteenth birthday.

6.     In light of this agreement, the parties' further request that the Order to Show Cause hearing regarding the dismissal of this case (Doc. 37), which is currently set for March 17, 2023 at 1:00 p.m. be vacated.

IT IS SO STIPULATED.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4869-8210-3124 v1
08047-1000.007
3/3/23

- 2 -

5:22-CV-00767-SSS (SHK)
STIPULATION TO MODIFY MINOR'S
COMPROMISE AND VACATE
OSC HEARING RE: DISMISSAL

Dated:  March 3, 2023                    BURKE, WILLIAMS & SORENSEN, LLP


By: /s/ *Caylin W. Jones[1]*
    Nathan A. Oyster
    Caylin W. Jones
Attorneys for Defendants
CITY OF RIALTO, CHIEF MARK KLING, and OFFICER ZAMORA

Dated:  March 3, 2023                    LAW OFFICES OF CAREE HARPER


By: /s/ *Caree Harper*
    Caree Harper
Attorney for Plaintiff LAURENCE TODD as Guardian ad Litem for minor "SAJ"

Dated:  March 3, 2023                    ATKINSON, ANDELSON, LOYA, RUUD & ROMO APLC


By:  /s/ *Angela M. Powell*
    Angela M. Powell
    Sarah J. Martoccia
Attorneys for Defendant
OFFICER IVAN DELGADILLO

---

[1] In compliance with Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4869-8210-3124 v1
08047-1000.007
3/3/23

- 3 -

5:22-CV-00767-SSS (SHK)
STIPULATION TO MODIFY MINOR'S COMPROMISE AND VACATE OSC HEARING RE: DISMISSAL