UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| "S.A.J," a Minor by and through Guardian ad Litem LAWRENCE TODD,<br><br>Plaintiff,<br><br>v.<br><br>RIALTO POLICE OFFICER IVAN DELGADILLO, OFFICER ZAMORA, CITY OF RIALTO, & CHIEF MARK KLING, & COUNTY OF SAN BERNARDINO individually and in their official capacities and Does 1-10, inclusive,<br><br>Defendants. | Case No. 5:22-cv-00767-SSS (SHKx)<br><br>**ORDER TO MODIFY MINOR'S COMPROMISE AND VACATE ORDER TO SHOW CAUSE HEARING**<br><br>**NOTE CHANGES MADE BY COURT**<br><br>Judge:   Hon. Sunshine Suzanne Sykes<br><br>Magistrate Judge:   Hon. Shashi H. Kewalramani |

**THIS COURT,** having considered the parties' stipulation, orders the following:

1.  Paragraph two (2) of the minor's compromise order (Doc. 36) is modified to allow the City of Rialto to issue the final check for $200,000.00 payable to "Law Offices of Caree Harper, Client Trust Account" within five business days of receiving this Court's signed order approving this stipulation.

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4868-1570-7220 v1
08047-1000.007
3/3/23

- 1 -

5:22-CV-00767-SSS-(SHK)
ORDER TO MODIFY MINOR'S COMPROMISE
AND VACATE
OSC HEARING RE: DISMISSAL

2. Ms. Harper shall hold the final $200,000.00 of the settlement in trust until minor Plaintiff S.A.J. turns eighteen years old, at which time Ms. Harper shall provide the Plaintiff with the final $200,000.00 directly.

3. Upon receiving the final check for $200,000.00 made payable to "Law Offices of Caree Harper, Client Trust Account, the Plaintiff will file a stipulation to dismiss this case with prejudice against all Defendants within two business days.

4. It is further ordered that the Order to Show Cause hearing regarding the dismissal of this case, currently set for March 17, 2023 at 1:00 p.m., is **CONTINUED** to April 28, 2023, at 1:00 p.m., via Zoom video conference. If the parties file their dismissal, the Order to Show Cause hearing will be vacated.

**IT IS SO ORDERED.**

Dated: March 7, 2023

Hon. District Court Judge Sunshine Suzanne Sykes

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4868-1570-7220 v1
08047-1000.007
3/3/23

- 2 -

5:22-CV-00767-SP
ORDER TO MODIFY MINOR'S COMPROMISE AND VACATE
OSC HEARING RE: DISMISSAL