1  Nathan A. Oyster (SBN 225307)
   E-mail: noyster@bwslaw.com
2  Caylin W. Jones (SBN 327829)
   E-mail: cjones@bwslaw.com
3  BURKE, WILLIAMS & SORENSEN, LLP
   444 South Flower Street, Suite 2400
4  Los Angeles, CA 90071-2953
   Tel: 213.236.0600    Fax: 213.236.2700
5
   Attorneys for Defendants
6  CITY OF RIALTO, CHIEF MARK KLING, and
   OFFICER ZAMORA
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| "S.A.J," a Minor by and through Guardian ad Litem LAWRENCE TODD,<br><br>              Plaintiff,<br><br>v.<br><br>RIALTO POLICE OFFICER IVAN DELGADILLO, OFFICER ZAMORA, CITY OF RIALTO, & CHIEF MARK KLING, & COUNTY OF SAN BERNARDINO individually and in their official capacities and Does 1-10, inclusive,<br><br>              Defendants. | Case No. 5:22-cv-00767-SSS (SHKx)<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>[*Proposed Order filed concurrently herewith*]<br><br>Judge:    Hon. Sunshine Suzanne Sykes<br><br>Magistrate<br>Judge:    Hon. Shashi H. Kewalramani |

IT IS HEREBY STIPULATED by and between Plaintiff S.A.J. by and through her Guardian ad Litem Lawrence Todd (hereinafter "Plaintiff") and Defendants CITY OF RIALTO, OFFICER IVAN DELGADILLO, OFFICER ZAMORA, AND CHIEF MARK KLING (hereinafter "Defendants"), by and through their counsel of record, that the entire action, including all claims against Defendants CITY OF RIALTO, OFFICER IVAN DELGADILLO, OFFICER ZAMORA, AND CHIEF MARK KLING, and all claims against any unserved

Defendants, is hereby dismissed with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), with each party to bear their own attorneys' fees and costs.

Dated:  March 20, 2023	BURKE, WILLIAMS & SORENSEN, LLP

By: /s/ *Caylin W. Jones*[1]
     Nathan A. Oyster
     Caylin W. Jones

Attorneys for Defendants
CITY OF RIALTO, CHIEF MARK KLING, and OFFICER ZAMORA

Dated:  March 20, 2023	LAW OFFICES OF CAREE HARPER

By: /s/ *Caree Harper*
     Caree Harper
Attorney for Plaintiff LAURENCE TODD as Guardian ad Litem for minor "SAJ"

Dated:  March 20, 2023	ATKINSON, ANDELSON, LOYA, RUUD & ROMO APLC

By:  */s/ Angela Powell*
     Angela M. Powell
     Sarah J. Martoccia
Attorneys for Defendant
OFFICER IVAN DELGADILLO

---

[1] In compliance with Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.