UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| "S.A.J.," a Minor by and through Guardian ad Litem LAWRENCE TODD,<br><br>  Plaintiff,<br><br>v.<br><br>RIALTO POLICE OFFICER IVAN DELGADILLO, OFFICER ZAMORA, CITY OF RIALTO, & CHIEF MARK KLING, & COUNTY OF SAN BERNARDINO individually and in their official capacities and Does 1-10, inclusive,<br><br>  Defendants. | Case No. 5:22-cv-00767-SSS (SHKx)<br><br>**[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>Judge:   Hon. Sunshine Suzanne Sykes<br><br>Magistrate<br>Judge:   Hon. Shashi H. Kewalramani |

**[PROPOSED] ORDER**

**THIS COURT,** having considered the parties' stipulation, orders the following:

This entire action, including all claims against Defendants CITY OF RIALTO, OFFICER IVAN DELGADILLO, OFFICER ZAMORA, AND CHIEF MARK KLING, and all claims against any unserved Defendants, is hereby dismissed with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), with each party to bear their own attorneys' fees and costs.

1 **IT IS SO ORDERED.**

Dated: _____, 2023 _

_____
Hon. District Court Judge Sunshine Suzanne Sykes