J S - 6

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

11   "S.A.J," a Minor by and through
Guardian ad Litem LAWRENCE
12   TODD,

13                          Plaintiff,

14   v.

15   RIALTO POLICE OFFICER IVAN
DELGADILLO, OFFICER ZAMORA,
16   CITY OF RIALTO, & CHIEF MARK
KLING, & COUNTY OF SAN
17   BERNARDINO individually and in
their official capacities and Does 1-10,
18   inclusive,

19                          Defendants.

20
21
22
23
24
25
26
27
28

Case No. 5:22-cv-00767-SSS (SHKx)

**ORDER ON STIPULATION TO
DISMISS ACTION WITH
PREJUDICE**

Judge:    Hon. Sunshine Suzanne Sykes

Magistrate
Judge:    Hon. Shashi H. Kewalramani

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -

5:22-CV-00767-SSS-(SHK)
ORDER STIPULATION TO DISMISS ACTION

**THIS COURT,** having considered the parties' stipulation, orders the following:

This entire action, including all claims against Defendants CITY OF RIALTO, OFFICER IVAN DELGADILLO, OFFICER ZAMORA, AND CHIEF MARK KLING, and all claims against any unserved Defendants, is hereby dismissed with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), with each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: March 21, 2023

_____
Hon. District Court Judge Sunshine Suzanne Sykes